**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA WU, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARY ANN DOUCETTE, aka "Mimi Doucette", an individual, and DOUCETTE MEDICAL SUPPLY, LTD., a Wisconsin Corporation,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. EDCV 07-01584-VAP (OPx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF/COUNTERDEFENDANT JULIA WU** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Findings of Fact and Conclusions of Law issued concurrently with this Judgment, IT IS ORDERED AND ADJUDGED that Plaintiff JULIA WU shall recover the total sum of $260,953.90.00 on her Complaint against MARY ANN DOUCETTE and DOUCETTE MEDICAL, LTD.. IT IS FURTHER ORDERED AND JUDGED that Counterclaimant DOUCETTE MEDICAL SUPPLY LTD shall take nothing on its Counterclaims, and its Counterclaims are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 8, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge